THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MALIKA BENNETT, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NATORI COMPANY, INC.,<br><br>Defendant. | Case No. 2:26-cv-00689-KKE<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Pursuant to Western District of Washington Local Rules 7 and 10, Plaintiff Malika Bennett, on her own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant The Natori Company, Inc. ("Defendant"), (together, the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to respond to Plaintiff's Complaint in the above-captioned action is extended for a total of thirty (30) days from March 5, 2026, to and including April 6, 2026.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists to extend Defendant's deadline to respond to the Complaint because Defendant's counsel was only recently retained and requires additional time to review the allegations in Plaintiff's Complaint and determine the path forward.  The Parties submit this

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT – 1
CASE NO. 2:26-cv-00689
**Error! Unknown document property name.**

request in good faith and not for the purpose of delay.  Accordingly, the Parties request that this Court extend Defendant's deadline to respond to Plaintiff's Complaint such that Defendant's response shall be due April 6, 2026.  The Parties have not made any previous requests to extend this deadline.  The Parties further stipulate and request that should Defendant file a Motion to Dismiss in response to Plaintiff's Complaint, the Court enter the following briefing schedule:

- Plaintiff's deadline to oppose Defendant's Motion to Dismiss or amend the Complaint as a matter of right shall be May 6, 2026; and

- Defendant's Reply shall be due May 27, 2026

DATED:  March 4, 2026

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA 62516
**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone:  415.318.2770
Facsimile:  424.204.4350
Email: brooksm@ballardspahr.com

*Attorneys for Defendant Pacific Sunwear of California LLC*

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT – 2
CASE NO. 2:26-cv-00689
**Error! Unknown document property name.**

DATED:  March 4, 2026

*/s/ Samuel J. Strauss*
Samuel J. Strauss

**STRAUSS BORRELLI PLLC**
Samuel J. Strauss, WSBA No. 46971
Raina C. Borelli*
980 N. Michigan Avenue, Suite 1610
Telephone: (872) 263-1100
Email: sam@straussborrelli.com
        raina@straussborrelli.com

**STRANCH, JENNINGS & GARVEY, PPLC**
J. Gerard Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gstranch@stranchlaw.com
        mtackeff@stranchlaw.com
        amurray@stranchlaw.com

**COHEN AND MALAD, LLP**
Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenmalad.com
        nlyons@cohenmalad.com
        ibensberg@cohenmalad.com

*Applications for admission pro hac vice pending

*Attorneys for MALIKA BENNETT, on her own behalf and on behalf of others similarly situated*

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT – 3
CASE NO. 2:26-cv-00689
**Error! Unknown document property name.**

**<u>ORDER</u>**

The Court GRANTS the parties' stipulated motion to extend Defendant's deadline to respond to Plaintiff's complaint. Dkt. No. 9. Defendant's response deadline is extended to April 6, 2026.

Furthermore, the parties agree that if Defendant elects to file a motion to dismiss, this motion shall be noted for May 27, 2026. Plaintiff's opposition (or deadline to amend the complaint as a matter of right) would be due May 6, 2026, and Defendant's reply would be due May 27, 2026.

Dated this 5th day of March, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT – 4
CASE NO. 2:26-cv-00689
**Error! Unknown document property name.**