THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MALIKA BENNETT, on her own behalf and on behalf of others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>THE NATORI COMPANY, INC.,<br><br>                              Defendant. | Case No. 2:26-cv-00689-KKE<br><br>**ORDER EXTENDING TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

The Court GRANTS the parties' stipulated motion to extend Defendant's deadline to respond to Plaintiff's complaint. Dkt. No. 13. Defendant's response deadline is extended to April 28, 2026.

Furthermore, the parties agree that if Defendant elects to file a motion to dismiss, Plaintiff's opposition (or deadline to amend the complaint as a matter of right) would be due May 28, 2026, and Defendant's reply would be due June 18, 2026.

Dated this 20th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER – 1