THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

MALIKA BENNETT, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

THE NATORI COMPANY, INC.,

Defendant.

Case No. 2:26-cv-00689-KKE

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**

Pursuant to Western District of Washington Local Rules 7 and 10, Plaintiff Malika Bennett, on her own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant The Natori Company, Inc. ("Defendant"), (together, the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to respond to Plaintiff's Complaint in the above-captioned action is extended to and including May 29, 2026.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists to extend Defendant's deadline to respond to the Complaint because the parties are presently engaged in good faith discussions regarding potential resolution of this matter. The additional time will allow the parties to continue their discussion and further is needed for Defendant to properly evaluate Plaintiffs' allegations and prepare an appropriate response if those

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT – 1
CASE NO. 2:26-cv-00689
**Error! Unknown document property name.**

discussions fail.  The Parties submit this request in good faith and not for the purpose of delay. Accordingly, the Parties request that this Court extend Defendant's deadline to respond to Plaintiff's Complaint such that Defendant's response shall be due May 29, 2026.

The Parties further stipulate and request that should Defendant file a Motion to Dismiss in response to Plaintiff's Complaint, the Court enter the following briefing schedule:

- Plaintiff's deadline to oppose Defendant's Motion to Dismiss or amend the Complaint as a matter of right shall be June 29, 2026; and

- Defendant's Reply shall be due July 20, 2026

DATED:  April 16, 2026

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA 62516
**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone:  415.318.2770
Email: brooksm@ballardspahr.com

Bryn Pallesen, WSBA 57714
**BALLARD SPAHR LLP**
1600 A Street, Suite 304 Anchorage, AK
99501-5148
Telephone: 907.277.9511
pallesenb@ballardspahr.com

Erika O'Sullivan, WSBA No. 57556
**BALLARD SPAHR LLP**
1301 Second Avenue, Suite 2800
Seattle, Washington 98101-3808
Telephone: 206.223.7000
osullivane@ballardspahr.com

*Attorneys for Defendant Pacific Sunwear of California LLC*

DATED:  April 16, 2026

/s/ Samuel J. Strauss
Samuel J. Strauss

**STRAUSS BORRELLI PLLC**
Samuel J. Strauss, WSBA No. 46971
Raina C. Borelli*
980 N. Michigan Avenue, Suite 1610
Telephone: (872) 263-1100
Email: sam@straussborrelli.com
          raina@straussborrelli.com

**STRANCH, JENNINGS & GARVEY, PPLC**
J. Gerard Stranch, IV*
Michael C. Tackeff
Andrew K. Murray*
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gstranch@stranchlaw.com
          mtackeff@stranchlaw.com
          amurray@stranchlaw.com

**COHEN AND MALAD, LLP**
Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenmalad.com
          nlyons@cohenmalad.com
          ibensberg@cohenmalad.com

*Applications for admission pro hac vice pending

*Attorneys for MALIKA BENNETT, on her own behalf and on behalf of others similarly situated*

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT – 3
CASE NO. 2:26-cv-00689
**Error! Unknown document property name.**

**ORDER**

The parties' stipulated motion (Dkt. No. 18) is GRANTED.  Defendant shall respond to the complaint no later than May 29, 2026.  If Defendant files a motion to dismiss as its response, that motion shall be noted for July 20, 2026, and Plaintiff's deadline to file an opposition or amend the complaint as a matter of right is June 29, 2026.

Dated this 17th day of April, 2026.

_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT – 4
CASE NO. 2:26-cv-00689
**Error! Unknown document property name.**